# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**JOHN LEWIS and**
**NANCY LEWIS**                                                                                  **PLAINTIFFS**

**v.**                                         **CASE NO. 3:05-CV-0066**

**CITY OF DIAZ - DIAZ POLICE DEPARTMENT;**
**OFFICE CHARLES W. MOSS, Individually and in**
**his Official Capacity as Chief of Police for the Diaz**
**Police Department; JACKSON COUNTY -**
**JACKSON COUNT SHERIFF'S DEPARTMENT;**
**JIM BISHOP, Individually and in his Official Capacity**
**as Sheriff of Jackson County; STACEY SULLIVAN,**
**Individually and in his Official Capacity as Deputy**
**for the Sheriff's Office of Jackson County**                        **DEFENDANTS**

## ORDER

Presently before the Court is the Motion to Dismiss filed by Separate Defendant Diaz Police Department. Defendant contends that a city police department is not an "entity" amenable to suit under 42 U.S.C. § 1983. The Court questions Defendant's position that a city police department can never be subject to suit under § 1983. *Cf. Tilson v. Forrest City Police Dept.*, 28 F.3d 802 (8th Cir. 1994) (For the [Forrest City Police] Department to be liable under § 1983 for a constitutional violation, a claimant must show that the action that is alleged to be unconstitutional implements or executes a policy statement, ordinance, regulation, or decision officially adopted and promulgated by [the Department] or that a constitutional deprivation [was] visited pursuant to governmental 'custom' even though such a custom has not received formal approval through the body's official decisionmaking channels."). However, Plaintiffs failed to respond and the time to do so has passed. The Court notes that the City of Diaz, Arkansas has been named a Defendant here, so there is no prejudice suffered in dismissing the Diaz Police Department.

IT IS THEREFORE ORDERED that the Motion to Dismiss filed by Separate Defendant Diaz Police Department (Dkt. #23) be, and it is hereby, GRANTED. The Complaint is dismissed in its entirety against Separate Defendant Diaz Police Department.

Dated this 15th day of November, 2005.

        _/s/Garnett Thomas Eisele_____
        UNITED STATES DISTRICT JUDGE