UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOHN and NANCY LEWIS                                                                          PLAINTIFFS

v.                                          CASE NO. 3:05-CV-0066 GTE

CITY OF DIAZ; JACKSON COUNTY;
STACEY SULLIVAN, Individually                                                            DEFENDANTS

### ORDER

Based upon the representation to the Court that this case has been settled by agreement of the parties, the Court dismisses this case with prejudice.

Accordingly,

IT IS THEREFORE ORDERED THAT this case is DISMISSED with prejudice.

IT IS FURTHER ORDERED that the Motion in Limine filed by Defendants Jackson County and Stacey Sullivan (Docket No. 74) be, and it is hereby, DENIED as moot.

Dated this 13th day of February, 2007.

                                                                          /s/Garnett Thomas Eisele_____
                                                                          UNITED STATES DISTRICT JUDGE